**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EUGENE A. SULLIVAN,**

          **Plaintiff,**

**-vs-**                              **Case No. 6:10-cv-1762-Orl-28DAB**

**MAGIC CITY DOUGHNUT CORP.,**

          **Defendant.**
_____/

# ORDER

This case is before the Court on Plaintiff's Renewed Motion for Entry of Judgment After Default (Doc. No. 21) filed June 17, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 19, 2011 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Renewed Motion for Entry of Judgment After Default (Doc. No. 21) is **GRANTED in part** and **DENIED in part.**

3. Judgment is entered in favor of Plaintiff and against Defendant in the amount of $419.75 in unpaid minimum wages, $419.75 in liquidated damages, $1,000.00 in attorney's fees, and $375.00 in costs.

4.     The Clerk of the Court is directed to enter judgment in accordance with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___11th___ day of August, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge